# EXHIBIT A





| Item | Description | Quantity | Rate | Serviced | Amount |
|------|-------------|----------|------|----------|--------|
| Print | Hannah Sluss | 1 | | 9/29/2017 | 1,500.00 |
| Usage | Hannah Sluss - Additional Photos X 3 | 3 | 1,500.00 | 9/29/2017 | 4,500.00 |

Balance Due