# EXHIBIT B

 

# JEREMY KRAMER
### CIN. PHOTO OHIO

Invoice: 2017_9_20_Landor

Project: Downy Packaging Photo Shoot - PO# 50290

To: Landor - 110 Shillito Pl, Cincinnati, OH 45202

From: Jeremy Kramer - 2141 Central Parkway - Cincinnati, OH 45214 - jeremykramerphoto@gmail.com

| Proposed Shoot Days | Description | Quantity | Fee |
|---|---|---|---|
| TBT | Photography Creative Fee / Day Rate ( includes one assistant ) | 2 - 10 hour days @ $2,500 per day | $5,000 |
| | **Expenes** | | |
| | Estimated Production | 2 days @ $550 per day | $1,100 |
| | Permits for location shoot day | 1 - 8 hour day | $250 |
| | Equipment Rentals | | $500 |
| | Digital Tech | 2 - 8 hour days @ $400 per day | $800 |
| | Hair & Makeup | 2 - 8 hour days @ $600 per day | $1,200 |
| | Wardrobe Stylists | 4 - 8 hour days @ 550 per day | $2,200 |
| | Estimated Wardrobe Budget | 1 Look w/ options | $1,000 |
| | Craft Services | 2 days $250 per day | $500 |
| | Post Production/ Digital Fee | Hi res delivery - 4 images | $500 |
| | Model Day Rate | 2 - 8 hour days @ $1800 per day | $3,600 |
| | **Rights** | **Duration** | |
| Model | Packaging - North America. 1 Image for 2 Year Term. | 2 Years from product/ campaign launch | $4,800 |
| Model | Print & Web ( Excluding Packaging )- North America. **Price Per Image. 2 Year Term.** | 2 Years from product/ campaign launch | *$1,800 |
| Photographer | Print & Web - North America. Includes 1 Packaging Image and 3 Print + Web Images. All with exclusivity for 2 year term. | 2 Years from product/ campaign launch | $2,000 |

(50% of expenses up front to book) - Overtime rates apply after 8 hours.

**BASE TOTAL: $16,650**

Estimate of 1 packaging image & 3 additional print + web images ( excluding packaging ).

**2 YEAR N. AMERICA W/ITH USAGE TOTAL: $28,850**

*ADVANCE! - will tax final invoice*

50% down to book $14,425 ←

Final invoice amount will be $14,425

This estimate (including any attachments) is intended only for the recipients named above. It may contain confidential and or privileged information and should not be read or copied or otherwise used by any other person. It is only based on information to date and is subject to change. Once confirmed (booked), in the event of a cancelation Jeremy Kramer retains the right to bill 50% of creative fee (KILL FEE) plus all expenses in full. Final payment is due within 30 days of job completion. This estimate is valid for 30 days.