# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-235-534

**Effective Date of Registration:**
February 01, 2021
**Registration Decision Date:**
February 02, 2021

---

## Title

**Title of Work:** Ironman_Studio_3097

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Jeremy Lynn Kramer
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Jeremy Lynn Kramer
421 Plum Rd., Cincinnati, OH, 45238, United States

## Rights and Permissions

**Name:** Jeremy Lynn Kramer
**Address:** 421 Plum Rd.
Cincinnati, OH 45238 United States

## Certification

**Name:** Thomas Maddrey
**Date:** February 01, 2021

Page 1 of 2