UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-7406 MWF (GJSx)**                                              Date: December 15, 2021

Title   **Hannah Ann Sluss, et al. v. The Procter & Gamble Company, Inc., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:
Not Present                                               Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL; DISCHARGE OF ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION [8]**

The Court has reviewed the Corrected Response to Order to Show Cause ("OSC Response") filed December 15, 2021.  (Docket No. 10).  In light of Plaintiffs' representations, the Court ORDERS as follows:

1. The Order to Show Cause (Docket No. 8) is DISCHARGED.
2. The Court sets a hearing on Order to Show Cause re Dismissal for **January 10, 2022 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearances will be required.

All other hearings and deadlines are hereby VACATED.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm